The State of Washington, *Respondent,* v. James
Leo Smith, *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 77-1-00728-4, Walter A. Stauffacher,
J., entered January 31, 1978. *Affirmed* by unpublished

opinion per McInturff, J., concurred in by Munson and Roe, JJ.